534

Submitted on record and briefs November 28, affirmed without opinion December 3, 1973, petition for rehearing denied January 3, petition for review denied February 20, 1974

STATE OF OREGON, *Respondent, v.* WILLIAM WILFRED KRIEGER (No. 29420), *Appellant.*

516 P2d 92

Gary D. Babcock, Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.